**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**La'BRANDON KEITH GRACE** **PLAINTIFF**

**v.** **No. 3:26-cv-258-RPC-DAS**

**ALEXIS ROBY, et al.** **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO EITHER COMPLETE AND RETURN *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE OR PAY FILING FEE**

La'Brandon Keith Grace has filed a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, has he paid the filing fee or submitted a completed form requesting to proceed as a pauper. The court uses these forms for the expeditious administration of § 1983 cases.

Therefore, it is **ORDERED:**

(1) That within 21 days plaintiff is directed to either pay the $405.00 filing fee **OR** fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 3rd day of September, 2026.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**