IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LA'BRANDON KEITH GRACE — PLAINTIFF

V. — CIVIL ACTION NO. 3:26-CV-00258-DAS

ALEXIS ROBY, et al. — DEFENDANTS

# ORDER

Plaintiff La'Brandon Keith Grace, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Doc. # 10.

Under 28 U.S.C. § 1915(a)(2), the plaintiff must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Plaintiff submitted an application in which he states that he is not employed, does not receive any income, and does not own any property. Plaintiff, however, failed to submit a certified copy of his inmate account nor the authorization for release of institutional account information and payment of the filing fee. Thus, his application does not comply with the statute's requirements.

Accordingly, Plaintiff is directed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint" within twenty-one (21) days from the date of this order or, in the alternative, pay the filing fee for this action. Plaintiff must also complete the authorization for release. Plaintiff's failure to do so will result in dismissal of this action.

**SO ORDERED**, this the 21st day of September, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**