IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LA'BRANDON KEITH GRACE PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-00258-DAS

ALEXIS ROBY, et al. DEFENDANTS

ORDER DIRECTING PLAINTIFF TO PROVIDE CLARIFICATION

On August 17, 2026, Plaintiff La'Brandon Keith Grace, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. On September 15, 2026, Grace signed and returned a Notice of Dismissal indicating an intent to voluntarily dismiss this action without prejudice. Doc. # 9. Along with this notice of dismissal, however, Grace completed and submitted a form consenting to Magistrate Judge jurisdiction and an application to proceed *in forma pauperis*. *See* Doc. #s 7, 10. Given the conflicting nature of these filings, the Court is unsure how Grace wishes to proceed. As such, Grace is **DIRECTED** to file a response indicating whether he wishes to proceed with this action or whether he wishes to voluntarily dismiss this action. Grace must file such response within twenty-one (21) days from this date of this Order. Failure to do so may result in this matter being dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 21st day of September, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**