**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**LA'BRANDON KEITH GRACE** — **PLAINTIFF**

**V.** — **CIVIL ACTION NO. 3:26-CV-00258-DAS**

**ALEXIS ROBY, et al.** — **DEFENDANTS**

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this case is **DISMISSED with prejudice**. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 13th day of November, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**